Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 1131 | **DATE** | 10/17/2006 |
| **CASE TITLE** | Prince E. Foryoh vs. Officer Banas | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for leave to file In Forma Pauperis [27] is Denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|